**HUNTON ANDREWS KURTH LLP**
Roland Juarez (State Bar No. 160793)
rjuarez@HuntonAK.com
D. Andrew Quigley (State Bar No. 280986)
aquigley@HuntonAK.com
Veronica A. Torrejón (State Bar No. 310871)
vtorrejon@HuntonAK.com
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627
Telephone: 213 • 532 • 2000
Facsimile: 213 • 532 • 2020

Attorneys for Defendant,
KATMAI TECHNICAL SERVICES, LLC
*[continued on next page]*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES GUZMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>KATMAI TECHNICAL SERVICES, LLC; and DOES 1 through 20, inclusive,<br><br>Defendant. | Case No. 23-cv-1671-RSH-DDL<br><br>**NOTICE OF PENDING SETTLEMENT**<br><br>Complaint Filed: August 4, 2023 |

NOTICE OF PENDING SETTLEMENT

1  **AEGIS LAW FIRM, PC**
2  KASHIF HAQUE, State Bar No. 218672
   SAMUEL A. WONG, State Bar No. 217104
3  JESSICA L. CAMPBELL, State Bar No. 280626
4  jcampbell@aegislawfirm.com
   KRISTY R. CONNOLLY, State Bar No. 328477
5  Kconnolly@aegislawfirm.com
6  9811 Irvine Center Drive, Suite 100
   Irvine, California 92618
7  Telephone: (949) 379-6250
8  Facsimile: (949) 379-6251
   Attorneys for Plaintiff,
9  CHARLES GUZMAN

**Hunton Andrews Kurth LLP**
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** the Parties in this action, acting through counsel, notify the Court that they have arrived at a settlement of this action. The Parties are in the process of finalizing a settlement agreement and anticipate filing a Stipulation of Dismissal pursuant to Rule 41(a)(1)(A)(ii) after they execute the settlement agreement. Based upon the foregoing, the Parties request that all deadlines in this case be suspended.

DATED: September 10, 2024          **HUNTON ANDREWS KURTH LLP**

By:*/s/ D. Andrew Quigley*
D. Andrew Quigley
Attorneys for Defendant
KATMAI TECHNICAL SERVICES, LLC

DATED: September 10, 2024          **AEGIS LAW FIRM, PC**

By:*/s/ Kristy Connolly*
Kristy Connolly
Attorneys for Plaintiff
CHARLES GUZMAN